# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AISHA HUSSAIN<br>2262 Sir Amant Drive<br>Lewisville, TX 75056<br><br>        Plaintiff,<br><br>    v.<br><br>CARLOS M, GUITIERREZ, SECRETARY<br>U.S. DEPARTMENT OF COMMERCE,<br><br>        Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)    Civil Action No. 07cv1364 (HHK) |

## NOTICE OF ENTRY OF APPEARANCE

Please enter the appearance of Assistant United States Attorney Darrell Valdez as government counsel in this action.

Respectfully submitted,

  /s/ Darrell C. Valdez
DARRELL VALDEZ, D.C. Bar #420232
Assistant United States Attorney
Judiciary Center Building, Civil Division
555 Fourth Street, N.W.
Washington, D.C.  20530
(202) 307-2843

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 15th day of October, 2007, a copy of the foregoing Entry of Appearance was mailed, postage prepaid, to Plaintiff, Aisha Hussain, 2262 Sir Amant Drive, Lewisville, TX 75056.

                                         /s/ Darrell C. Valdez
                                         DARRELL C. VALDEZ
                                         Assistant United States Attorney