UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Aisha Hussain
2262 Sir Amant Drive
Lewisville, TX 75056

Plaintiff,

vs.                              CIVIL ACTION NO.: 1:07-cv-01364 (HHK)

Carlos M. Gutierrez, Secretary
U.S. Department of Commerce, Agency
1401 Constitution Ave., NW
Washington, DC 20230

DEFENDANT

## AFFIDAVIT OF SERVICE

I, Aisha Hussain, hereby declare that on the first day of August, 2007, I mailed a copy of the summons and complaint, certified mail return receipt requested, to Mr. Carlos M. Gutierrez. Attached hereto is the certified green card acknowledging service.

[Attached USPS PS Form 3811 Domestic Return Receipt showing:
- Article Addressed to: MR. CARLOS M. GUTIERREZ, U.S. DEPT. OF COMMERCE, 1401 CONSTITUTION AVE. N.W., WASHINGTON D.C. 20230
- Article Number: 7005 1820 0002 8510 5770
- Signature and received by "MISSUN", Date of Delivery 8-6-07]

Aisha Hussain
2262 Sir Amant Driver
Lewisville, TX 75056
Phone No.: 972-899-4779