# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

Aisha Hussain
2262 Sir Amant Drive
Lewisville, TX  75056

Plaintiff,

vs.

CIVIL ACTION NO.: 1:07-cv-01364 (HHK)

Carlos M. Gutierrez, Secretary
U.S. Department of Commerce, Agency
1401 Constitution Ave., NW
Washington, DC 20230

DEFENDANT

## AFFIDAVIT OF SERVICE

I, Aisha Hussain, hereby declare that on the first day of August, 2007, I mailed a copy of the summons and complaint, certified mail return receipt requested, to the U.S. Attorney for the District of Columbia. Attached hereto is the certified green card acknowledging service.

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _____ ☐ Agent ☐ Addressee<br>B. Received by (Printed Name)   C. Date of Delivery<br>AUG 1 4 2007 |
| 1. Article Addressed to:  *THE U.S. ATTORNEY FOR THE DISTRICT OF COLUMBIA 501 THIRD ST. N.W. WASHINGTON DC 20001* | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No |
| | 3. Service Type<br>☐ Certified Mail ☐ Express Mail<br>☐ Registered ☐ Return Receipt for Merchandise<br>☐ Insured Mail ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee) ☐ Yes |
| 2. Article Number   7005 1820 0002 8510 5794 | |
| Form 3811, February 2004   Domestic Return Receipt | 102595-02-M-1540 |

_____
Aisha Hussain
2262 Sir Amant Driver
Lewisville, TX  75056
Phone No. :972-899-4779