UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Aisha Hussain
2262 Sir Amant Drive
Lewisville, TX 75056

Plaintiff,

vs.                         CIVIL ACTION NO.: 1:07-cv-01364 (HHK)

Carlos M. Gutierrez, Secretary
U.S. Department of Commerce, Agency
1401 Constitution Ave., NW
Washington, DC 20230

DEFENDANT

## AFFIDAVIT OF SERVICE

I, Aisha Hussain, hereby declare that on the first day of August, 2007, I mailed a copy of the summons and complaint, certified mail return receipt requested, to U.S. Attorney General. Attached hereto is the certified green card acknowledging service.

[Certified mail return receipt card attached, addressed to: U.S. Attorney General, 950 Pennsylvania Ave. N.W., Washington, DC 20530. Article Number: 7005 1820 0002 8510 5787. Received AUG 06 2007.]

Aisha Hussain
2262 Sir Amant Driver
Lewisville, TX 75056
Phone No.: 972-899-4779