UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **AISHA HUSSAIN**<br>2262 Sir Amant Drive<br>Lewisville, TX 75056<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>Carlos M. Gutierrez, Secretary<br>U.S. Department of Commerce, Agency<br>1401 Constitution Ave., NW<br>Washington, DC 20230<br><br>　　　　Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)  Civil Action No. 07-01364 (HHK)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## REQUEST TO COURT FOR APPOINTMENT OF COUNSEL/ATTORNEY

Plaintiff, Mrs. Aisha Hussain, requests the court for a court appointed counsel/attorney. Mrs. Hussain can not afford the counsel fees and also is not employed. In addition, can not pay for travel to and from District of Columbia where this case is taking place. She has an infant and children that needs to be taken care of also. This case has put severe physical and mental strain on Mrs. Aisha Hussain and her children for the last four years.

Since Mrs. Hussain does not have a law background she is unable to present her case with the legal terms and terminology as well as give references of other cases that have proven their cases to the court. Mrs. Hussain has put the documents/case together to the best of her ability.

Thererfore, Mrs. Hussain is requesting the court for a court appointed counsel/attorney for handling her case and requests the court to have all attorney fees to be reimbursed by the Defendant, Department of Commerce/Mr. Rundell.

November 15, 2007

                                      Respectfully submitted,

                                      */s/ Aisha Hussain*
                                      Aisha Hussain
                                      2262 Sir Amant Drive
                                      Lewisville, TX 75056
                                      (972) 899-4779

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **AISHA HUSSAIN,**<br>　　　Plaintiff(s),<br><br>　　　vs.<br><br>**CARLOS M. GUTIERREZ**<br>　　　Defendant(s). | **Civil Case No. 07-1364 (HHK)** |

## NOTICE REGARDING EXHIBIT

Pursuant to the procedures for filing documents electronically, as outlined in the previous Order of the Court, this serves as notification that the Exhibits to docket entries 8 and 9 in this case have been filed in paper form in a the Clerk's Office. They are available for public viewing and copying between the hours of 9:00 a.m. and 4:00 p.m., Monday through Friday.

　　　　　　　　　　　　　　　　　　　　　　　**NANCY MAYER-WHITTINGTON**
　　　　　　　　　　　　　　　　　　　　　　　Clerk