UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **AISHA HUSSAIN**<br>2262 Sir Amant Drive<br>Lewisville, TX 75056<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>Carlos M. Gutierrez, Secretary<br>U.S. Department of Commerce, Agency<br>1401 Constitution Ave., NW<br>Washington, DC 20230<br><br>　　　　　Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) Civil Action No. 07-01364 (HHK)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

### BRIEF SUMMARY OF:

### MOTION TO DENY DEFENDANT'S REQUEST FOR DISMISSAL AND SUMMARY JUDGMENT

Plaintiff, Aisha Hussain, did in fact use all the administrative remedies required regarding her pregnancy discrimination along with as previously stated the employment discrimination and hostile work environment in violation of the Title VII of the Civil rights Act of 1964 (Title VII) being gender, national origin, religion, and retaliation by Mr. Rundell. Plaintiff.

**Sequence of Administrative Remedies Exhausted:**

1. On October 31, 2003 within 30 days Mrs. Hussain emailed Mrs. Smoker about pregnancy discrimination. See tab 10 page. 11-12.

2. On November 4, 2003 Mrs. Smoker-Ali stated state no Administrative remedies available at Embassy and Mrs. Hussain took her concern to the EEOC office. See tab 10. page 13.

3. Pregnancy discrimination included in the email send to the EEOC office on October 9, 2003 tab 10, page 23

4. In the EEOC complaint the pregnancy discrimination is included and is part of the Report of Investigation under tab 4 page 4 and See tab 10 page 37.

5. Mrs. Hussain stated again pregnancy discrimination in her declaration in the Report of Investigation and stated that Mr. Wallace made her aware that Mr. Rundell's intention was to terminate her employment when she went on maternity leave, included in the ROI tab 11 page 13 and See tab 10 page 65.

6. Since August 2003 Mr. Rundell would frequently ask Mrs. Hussain when she would be going on maternity leave and Mrs. Hussain was worried that due to her pregnancy Mr. Rundell may terminate employment for no reason specially since her work evaluation was over due by three months. She emailed Mrs. Faten Human Resource Dept,. on September 28, 2003. See tab 10 page 4.

7. During her pregnancy Mr. Rundell overburden Mrs. Hussain and would make her work more than 10 hours and weekends. See tab 10 and page 16 -19.

8. Mr. Rundell deliberately did not hire another Administrative Assistant, he had arrival since November 13, 2002. See tab 10 page 20

9. In an Appeal to the Office of Federal Operations Mrs. Hussain clearly claimed and included pregnancy discrimination. See tab 10 page 26.

Explained in detail with further references in the "Motion to Deny Defendant's Request for Dismissal and Summary Judgment" document under tab 3.

November 15, 2007.

                                  Respectfully submitted,

                                  _/s/ Aisha Hussain_
                                  Aisha Hussain
                                  2262 Sir Amant Drive
                                  Lewisville, TX 75056
                                  (972) 899-4779

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

AISHA HUSSAIN,

    Plaintiff(s),

vs.                                     Civil Case No. 07-1364 (HHK)

CARLOS M. GUTIERREZ

    Defendant(s).

## NOTICE REGARDING EXHIBIT

Pursuant to the procedures for filing documents electronically, as outlined in the previous Order of the Court, this serves as notification that the Exhibits to docket entries 8 and 9 in this case have been filed in paper form in a the Clerk's Office. They are available for public viewing and copying between the hours of 9:00 a.m. and 4:00 p.m., Monday through Friday.

                                                                         NANCY MAYER-WHITTINGTON
                                                                                        Clerk