UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AISHA HUSSAIN )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>CARLOS M, GUITIERREZ, SECRETARY )<br>U.S. DEPARTMENT OF COMMERCE, )<br>)<br>Defendant. )<br>) | Civil Action No. 07cv1364 (HHK) |

**DEFENDANT'S MOTION FOR ENLARGEMENT OF TIME, NUNC PRO TUNC,
TO FILE REPLY TO PLAINTIFF'S "MOTION TO DENY DEFENDANT'S
MOTION FOR DISMISSAL AND FOR SUMMARY JUDGMENT"**

Defendant, through undersigned counsel, hereby moves, pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, for an enlargement of time, *nunc pro tunc*, to December 21, 2007, to file a Reply to Plaintiff's "Motion to Deny Defendant's Motion for Dismissal and Summary Judgment." In support of this motion, Defendant states as follows:

1. Plaintiff filed a Complaint on July 26, 2007, alleging that Defendant, Carlos M. Gutierrez, Secretary of the United States Department of Commerce, discriminated against her on the basis of her gender (female), national origin (Indian), and religion (Muslim), retaliated against her because of prior complaints of discriminatory actions, and subjected her to a hostile work environment. Complaint (Dkt. No. 1).

2. On Ocotber 15, 2007, Defendant filed a Motion to Dismiss and for Summary Judgment, demonstrating that Plaintiff (1) failed to administratively exhaust her new claim of pregnancy discrimination; (2) failed to establish a *prima facie* case of hostile work environment; (3) failed to prove discrimination based on her gender, religion, or national origin with respect to

any of her allegations; and (4) failed to establish that the agency retaliated against her for any protected activity. Dkt. No. 3. In short, Defendant demonstrated through the undisputed material facts that Plaintiff was dissatisfied with the administrative/clerical aspects of her position (as set forth in her position description), and resisted her supervisor's attempts to get her to do her job.

    3.    On October 18, 2007, this Court entered an order giving Plaintiff thirty (30) days from the date of the Order (to November 17, 2007) to respond to the Motion. Order (Dkt. No. 4).

    4.    On November 16, 2007, Plaintiff filed a Motion to Appoint Counsel (Dkt. No. 8) and a "Brief Summary of: Motion to Deny Defendant's Request for Dismissal and Summary Judgment." (Dkt. No. 9). No other responsive document was filed with the Court.

    5.    Because the Plaintiff's "Brief Summary of: Motion to Deny Defendant's Request for Dismissal and Summary Judgment" indicated that an actual "Motion to Deny Defendant's Request for Dismissal and Summary Judgment" would be filed separately, counsel for Defendant did not prepare any Reply, but rather waited for the filing of the Plaintiff's actual opposition.

    6.    On December 4, 2007, counsel for Defendant received an overnight delivery package from Plaintiff containing Plaintiff's full version of her "Motion to Deny Defendant's Request for Dismissal and Summary Judgment," a document entitled "Brief Summary of: Plaintiff Disputes and Denies the Defendant's 'Statement of Material Facts Not in Genuine Dispute,'" as well as a full version of "Plaintiff Disputes and Denies the Defendant's 'Statement of Material Facts Not in Genuine Dispute,'" a "Brief Summary of: Memorandum of Points and Authorities in Support of Plaintiff's Motion to Deny Defendant's Motion to Dismiss and for Summary Judgment," a full version of "Memorandum of Points and Authorities in Support of Plaintiff's Motion to Deny Defendant's Motion to Dismiss and for Summary Judgment,"and a proposed "Order for Motion for Denial of Dismissal and Summary Judgment."

7. According to the shipping label, the package was sent by Plaintiff to the United States Attorney's Office on November 16, 2007. However, because the Plaintiff directed the package to "Mr. Carlos M. Guitierrez, U.S. Dept. Of Commerce," it appears to have made its way throughout the United States Attorney's Office and was not delivered to the assigned Assistant United States Attorney until December 4, 2007.

8. Due to the mislabeling of the overnight delivery package and Plaintiff's failure to properly file a full version of her opposition to Defendant's Motion, counsel for Defendant was unable to respond to Plaintiff's opposition within the time required by the Federal Civil Rules. In addition, because counsel for the Defendant is currently involved in several other matters that are occupying his time and attention, including preparing an appellate memoranda in <u>Summers v. U.S. Dept. of Justice</u>, 07-5315, an appellate brief in <u>Jinks-Umstead v. Winters</u>, 06-5089 and 06-5186; an emergency appeal in the <u>Wuterich v. Murtha</u>, 07-5379; as well as discovery matters in <u>Shea v. Rice</u>, 02cv577 (JR), <u>Rochon v. Gonzales</u>, 03-958(RCL), and in the consolidated matters of <u>Ascom v. USPS</u>, 00cv1401, <u>Neopost, Inc. V. USPS</u>, 00cv2089, and <u>Francotyp Postalia v. USPS</u>, 01cv804 (PLF), counsel for Defendant needs additional time to prepare a Reply memorandum.

9. Pursuant to Local Rule 7(m), counsel for the Defendant contacted Plaintiff to discuss the above motion. Plaintiff stated that she opposes an enlargement of time for Defendant to file a Reply.

For the foregoing reasons, Defendant respectfully requests that the Court enlarge the time, *nunc pro tunc*, to file a response to the Plaintiff's Motion to Deny Defendant's Motion to Dismiss and for Summary Judgment and supporting documents up to and including December 21, 2007.

Respectfully submitted,


　/s/ Jeffrey A. Taylor
JEFFREY A. TAYLOR, D.C. BAR # 498610
United States Attorney


　/s/ Rudolph Contreras
RUDOLPH CONTRERAS, D.C. BAR # 434122
Assistant United States Attorney


　/s/ Darrell C. Valdez
DARRELL C. VALDEZ, D.C. BAR # 420232
Assistant United States Attorney
Judiciary Center Building
555 4th St., N.W., Civil Division
Washington, D.C. 20530
(202) 307-2843

## CERTIFICATE OF SERVICE

I hereby certify that on this 5th day of December, 2007, a copy of the foregoing Motion for Enlargement of Time, *Nunc Pro Tunc*, to File Defendant's Reply to Plaintiff's "Motion to Deny Defendant's Request for Dismissal and for Summary Judgment" was mailed, postage prepaid, to Plaintiff, Aisha Hussain, 2262 Sir Amant Drive, Lewisville, TX 75056.

　/s/ Darrell C. Valdez
DARRELL C. VALDEZ
Assistant United States Attorney

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AISHA HUSSAIN ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 07cv1364 (HHK) |
| ) | |
| CARLOS M, GUITIERREZ, SECRETARY ) | |
| U.S. DEPARTMENT OF COMMERCE, ) | |
| ) | |
| Defendant. ) | |

## ORDER

Upon consideration of Defendant's Motion for Enlargement of Time, *Nunc Pro Tunc*, to File Defendant's Reply to Plaintiff's "Motion to Deny Defendant's Request for Dismissal and for Summary Judgment," any Opposition thereto, and the record before the Court, it is this

_____day of December, 2007

ORDERED that the motion is GRANTED, and it is further

ORDERED that Defendant shall respond to Plaintiff's "Motion to Deny Defendant's Request for Dismissal and for Summary Judgment" on or before December 21, 2007.

_____
HENRY H. KENNEDY
UNITED STATES DISTRICT JUDGE