UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AISHA HUSSAIN,<br><br>                Plaintiff,<br><br>    v.<br><br>CARLOS M. GUTIERREZ, Secretary<br>U.S. Department of Commerce,<br><br>                Defendant. | Civil Action 07-01364 (HHK) |

### ORDER

Plaintiff, proceeding *pro se*, submitted a motion to the court entitled "Request to Court for Appointment of Counsel/Attorney" [#8]. The court will not consider a motion for appointment of counsel by plaintiff unless she demonstrates first that she is entitled to proceed *in forma pauperis*. *See* LCvR 83.11(b)(3). Accordingly, it is this 5th day of December, 2007, hereby

**ORDERED** that plaintiff's request for the appointment of counsel [#8] is **DENIED** without prejudice; and it is further

**ORDERED** that the clerk shall enclose an *in forma pauperis* application when mailing this order to plaintiff.

                                                  Henry H. Kennedy, Jr.
                                                  United States District Judge